# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Christopher Earl Ambort, | ) | Case No. 1:16-cr-173 |
| Defendant. | ) | |

Defendant is charged in an Indictment with the offense of possession of a firearm by a prohibited person in violation of 18 U.S.C. § 922(g). He made his initial appearance in this matter and was arraigned on November 18, 2016. His appearance was secured through the issuance of a petition for *ad prosequendum*.

At the close of the proceedings on November 18, 2016, defendant waived his rights under the Interstate Agreement on Detainers Act ("IADA") and was returned to the North Dakota State Penitentiary.

On February 24, 2017, defendant filed a "Motion to be Brought into Federal Custody." The United States Marshal office has since advised the defendant was released from State custody on March 27, 2017, that it has executed its detainer, and that defendant is now in federal custody.

As defendant is now in federal custody, the court deems his "Motion to Be Brought into Federal Custody" (Docket No. 24) **MOOT**. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
